# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

**03-1723**
**consolidated with 03-1722**

**ZURICH NORTH AMERICAN**
**INSURANCE COMPANY**

**VERSUS**

**BOBBY HOLT, ET AL.**

************

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT,
PARISH OF RAPIDES, NO. 206,955,
HONORABLE DONALD T. JOHNSON, DISTRICT JUDGE

************

**MICHAEL G. SULLIVAN**
**JUDGE**

************

Court composed of John D. Saunders, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

Todd A. Delcambre
Law Offices of Henry H. LeBas
5750 Johnston Street, Suite 5100
Lafayette, Louisiana 70503
(337) 988-4500
Counsel for Plaintiff/Appellant:
     Zurich North American Insurance Company

Steven D. Crews
Corkern & Crews, L.L.C.
Post Office Box 1036
Natchitoches, Louisiana 71457-1036
(318) 352-2302
Counsel for Defendant/Appellee:
     Elizabeth Smith Distefano

Henry H. Lemoine, Jr.
Attorney at Law
607 Main Street
Pineville, Louisiana  71360
(318) 473-4220
Counsel for Defendant/Appellee:
    Anita Smith Campo

L. Lyle Parker
Bolen, Parker & Brenner
Post Office Box 11590
Alexandria, Louisiana   71315-1590
(318) 445-8236
Counsel for Defendant/Appellee:
    Robert Smith

Gregory L. Jones
Attorney at Law
Post Office Box 4478
Pineville, Louisiana   71361
(318) 448-4040
Counsel for Defendants/Appellees:
    Bobby and Kathy Holt

Mark D. Pearce
Stafford, Stewart, & Potter
Post Office Box 1711
Alexandria, Louisiana  71309
(318) 487-4910
Counsel for Defendants/Appellees:
    Emile F. Smith
    Graham Smith, Sr.

Richard A. Rozanski
Wheelis & Rozanski
Post Office Box 13199
Alexandria, Louisiana   71315-3199
(318) 445-5600
Counsel for Defendants/Appellees:
    Allstate Insurance Company
    Graham Smith, Jr.

SULLIVAN, Judge.

For the reasons expressed in *Walker v. Holt*, 03-1722 (La.App. 3 Cir. __/__/04), ____ So.2d ____, the judgment of the trial court is affirmed. All costs of this appeal are assessed to Zurich North America Insurance Company.

**AFFIRMED.**